JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| DOCUMENT SECURITY SYSTEMS, INC., | Case No. 2:17-cv-04273-JVS-JCG |
|---|---|
| *Plaintiff*, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| EVERLIGHT ELECTRONICS CO., LTD., and EVERLIGHT AMERICAS, INC., | |
| *Defendants*. | |

The Court has considered the Stipulation and Joint Motion to Dismiss With Prejudice filed by Plaintiff Document Security Systems, Inc. ("DSS") and Defendants EVERLIGHT ELECTRONICS CO., LTD., and EVERLIGHT AMERICAS, INC. ("Everlight"). The motion is hereby GRANTED.

IT IS THEREFORE ORDERED that the above-captioned litigation is dismissed in its entirety, with prejudice, as follows:

1. All claims and counterclaims between DSS and Everlight asserted in the above-captioned litigation are dismissed in their entirety, with prejudice.
2. The parties shall each bear their own costs and attorneys' fees associated with the above-captioned litigation.

**IT IS SO ORDERED.**

DATED: April 23, 2019

_____
Hon. James V. Selna
United States District Judge